JEFFREY G. JACOBS, Bar No. 205913
jeffj@dane-memory.com
LAW OFFICES OF JEFFREY G. JACOBS
15770 Laguna Canyon Road
Suite 100
Irvine, CA 92618
Telephone: 949.450.2968
Facsimile: 949.450.9368

Attorneys for Plaintiff
RAUL AVINA

MICHELLE RAPOPORT, Bar No. 247459
mrapoport@littler.com
LEAH WHITEHEAD, Bar No. 313302
lwhitehead@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
Telephone: 213.443.4300
Facsimile: 213.443.4299

Attorneys for Defendant
HUFFY CORPORATION

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL AVINA, an individual,<br><br>   Plaintiff,<br><br> v.<br><br>HUFFY CORPORATION, an Ohio corporation; and DOES 1 through 100, Inclusive,<br><br>   Defendant. | Case No. 2:17-cv-02647-JFW-GJS<br><br>ASSIGNED FOR ALL PURPOSES TO HONORABLE JOHN F. WALTER, DEPT. 7A<br><br>**ORDER GRANTING JOINT STIPULATION TO SUBMIT MATTER TO BINDING ARBITRATION**<br><br>Complaint Filed: 3/2/2017<br>Trial Date: N/A |

Plaintiff Raul Avina ("Plaintiff") and Defendant Huffy Corporation ("Defendant") (collectively, the "Parties") submitted a Joint Stipulation to Submit Matter to Binding Arbitration.

The Court, having read and considered the Parties' Joint Stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

Pursuant to foregoing stipulation of the Parties, IT IS HEREBY ORDERED

The matter currently pending before this United States District Court, Central District of California shall be stayed pending completion of the arbitration. This Court shall retain jurisdiction over the civil matter pending completion of the arbitration.

IT IS SO ORDERED.

Dated: _April 24, 2017_____  _____
HONORABLE JOHN F. WALTER
United States District Court Judge

Firmwide:147223125.1 091737.1001

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300